# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00476-CR

**Jerret Anthony Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 54292, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jerret Anthony Gomez pleaded no contest to the charge of sexual assault as a habitual offender and was placed on deferred adjudication probation. When the State filed a motion to revoke Gomez's probation, he pleaded true to several of the counts, and the trial court found sixteen of the alleged violations true (the remaining count was abandoned), including Gomez's use of cocaine and crack cocaine, failure to report to his probation officer, leaving Texas without written judicial consent, and failure to pay court costs, restitution, and various fees. Family members and Gomez testified that his time in prison, time without illegal drugs, and the right balance of medications treating his bipolar disorder had changed him for the better. The court adjudicated Gomez guilty of the original charge of sexual assault and assessed sentence at fifty years in prison.[1]

---

[1] Gomez was originally sentenced to life in prison. That sentence was reversed by this Court. *Gomez v. State*, No. 03-07-00135-CR, 2008 Tex. App. LEXIS 7481 (Tex. App.—Austin Aug. 27, 2008, no pet.) (mem. op., not designated for publication). The trial court imposed the current fifty-year term on remand.

Gomez has filed a notice of appeal. Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed. The State concurs that the appeal is frivolous.

We have reviewed the record and find no arguable basis for appeal. The court had before it Gomez's extensive criminal history including numerous probation terms violated, his admissions, and testimony from family members and Gomez regarding his reformation. The court sentenced him to a prison term within the punishment range for his offense, given his criminal history. We affirm the judgment of the trial court and grant appellant's counsel's motion to withdraw as counsel.


_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Affirmed

Filed:   February 11, 2010

Do Not Publish